Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>　　　　Defendants. | Case No.:  C07-6460 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**and**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 2, 2008　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION


　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Muriel B. Kaplan
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-
**MAGISTRATE DECLINATION**
**Case No.: C07-6460 WDB**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 3, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Steve L. Schaller** | **Steve L. Schaller** |
| **Agent for Service of Process** | **8865 Airport Blvd., Suite D** |
| **Kickin Enterprises, Inc.** | **Redding, California 96002** |
| **8865 Airport Blvd., Suite D** | |
| **Redding, California 96002** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of January, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**MAGISTRATE DECLINATION**
**Case No.: C07-6460 WDB**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WDB Magistrate Declination 122807.DOC