UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.

       Plaintiffs,

  v.

KICKIN ENTERPRISES, INC., et al.

       Defendants.
_____/

No. C 07-6460 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for April 7, 2008, at 4:00 p.m. is vacated.

Dated: January 4, 2008

                                 Richard W. Wieking, Clerk
                                 United States District Court

                                 *Sarah Weinstein*

                                 By: SarahWeinstein
                                    Law Clerk/Deputy Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd