1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  GIL CROSTHWAITE, et al., as Trustees of the      Case No.:  C07-6460 WHA
    OPERATING ENGNEERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN                  **PROOF OF SERVICE**
    CALIFORNIA, et al.,
14
           Plaintiffs,
15
    v.
16
    KICKIN ENTERPRISES, INC., and STEVE
17  LAWRENCE SCHALLER,

18         Defendants.
19

20
           I, the undersigned, declare:
21
           I am a citizen of the United States and am employed in the County of San Francisco, State
22
    of California.  I am over the age of eighteen and not a party to this action.  My business address is
23
24  120 Howard Street, Suite 520, San Francisco, California 94105.

25         On January 10, 2008, I served the following document(s):

26  ///

27  ///

28
                                                                                      -1-
                                                                              **PROOF OF SERVICE**
                                                                              **Case No.: C07-6460 WHA**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA Proof of Service 011008.DOC

1  ▪ **REASSIGNMENT ORDER**

2  ▪ **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

4  ▪ **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

    **Steve L. Schaller**        **Steve L. Schaller**
    **Agent for Service of Process**    **8865 Airport Blvd., Suite D**
    **Kickin Enterprises, Inc.**      **Redding, California 96002**
    **8865 Airport Blvd., Suite D**
    **Redding, California 96002**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 10th day of January, 2008, at San Francisco, California.

                      _____/s/_____
                              Vanessa de Fábrega