AO 440 (Rev. 8/01) Summons in a Civil Action

PAY TO 415 543 1388

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 1-9-08

Name of SERVER: PATRICK GRIFFIN

TITLE:

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
8845 AIRPORT RD #D
REDDING CA 96002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
STEVE L SCHULLER
IND + AGENT FOR
KICKEN ENTERP.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 25.00 | 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-9-08
                    Date

Signature of Server

Address of Server: 6837 LADY SMITH AVE
ANDERSON CA 96007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.