Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>Defendants. | Case No.: C07-6460 WHA<br><br>**REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF MICHELE R. STAFFORD** |

TO THE CLERK:

Please enter the default of defendants KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1.   A Complaint was filed by plaintiffs in this matter on January 24, 2008.

2.   Defendants were served on January 9, 2008.

2. A Proof of Service on Summons is being filed with the Court currently with this application for Default.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of February, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs