Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,

Defendants.

Case No.: C07-6460 WHA

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 3, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT,**
**DECLARATION OF MICHELE R. STAFFORD**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Steve L. Schaller**
**Agent for Service of Process**
**Kickin Enterprises, Inc.**
**8865 Airport Blvd., Suite D**
**Redding, California 96002**

**Steve L. Schaller**
**8865 Airport Blvd., Suite D**
**Redding, California 96002**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of March, 2008, at San Francisco, California.

______________/s/__________________
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C07-6460 WHA**
P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA Proof of Service 030308.DOC