1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: 07-6460 WHA
   | OPERATING ENGNEERS HEALTH AND
14 | WELFARE TRUST FUND FOR NORTHERN | **REQUEST FOR CONTINUANCE OF**
   | CALIFORNIA, et al., | **CASE MANAGEMENT CONFERENCE**
15 | | **AND ORDER THEREON**
   |         Plaintiffs, |
16 | | Date:      April 3, 2008
   | v. |
17 | | Time:      11:00 a.m.
   | KICKIN ENTERPRISES, INC., and STEVE |
18 | LAWRENCE SCHALLER, |
   | | Location:  450 Golden Gate Avenue,
19 |         Defendants. |            San Francisco, California

20                                                 Courtroom: 9, 19th Floor

21

22      Plaintiffs herein arespectfully request a Continuance of the Case Management Conference

23 currently on calendar for April 3, 2008.

24      1.   The parties herein are in the process of finalizing a Stipulation for Entry of

25 Judgment establishing a payment plan for all amounts owed by defendant to date, thereby

26 resolving the matter.

27

28

                                                                    1
                    REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
                                                    CASE NO.: C07-6460 WHA

2.      Defendants have reviewed the Stipulation and have advised that they will execute the Stipulation today and provide the payments now due.

3.      Upon receipt of the finalized Stipulation, plaintiffs will dismiss this action without prejudice, with the court to retain jurisdiction in the event of defendants' default.

4.      Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for April 3, 2008, be continued for approximately 60 days to allow the Stipulation to be signed, certain revisions to be made, and thereby bring this matter to resolution.

5.      It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By:_____/s/_____
         Muriel B. Kaplan
         Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to  May 8, 2008,_____ at  11:00 a.m._____, and all previously set deadlines and dates ~~related to this case are vacated, to be reset at that Conference.~~ are extended accordingly.


Date:  April 23, 2008._____        _____
                                          United States District Court Judge

                                          IT IS SO ORDERED
                                          Judge William Alsup

                                                                                    2
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO.: C07-6460 WHA

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 2, 2008, I served the following document:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
AND ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows; and by Facsimile by causing said document to be transmitted by Facsimile machine to the numbers indicated after the addresses set forth below.:

| | |
|---|---|
| **Steve L. Schaller** | **Steve L. Schaller** |
| **Agent for Service of Process** | **8865 Airport Blvd., Suite D** |
| **Kickin Enterprises, Inc.** | **Redding, California 96002** |
| **8865 Airport Blvd., Suite D** | |
| **Redding, California 96002** | **Fax:  530-221-0990** |
| | |
| **Fax:  530-221-0990** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

3
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO.: C07-6460 WHA

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA CMC Continuance Request 040208.DOC