Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>　　　　Defendants. | Case No.: 07-6460 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:　　May 8, 2008<br><br>Time:　　11:00 a.m.<br><br>Location: 450 Golden Gate Avenue,<br>　　　　　San Francisco, California<br><br>Courtroom: 9, 19th Floor |

　　　Plaintiffs herein again respectfully request a Continuance of the Case Management Conference currently on calendar for May 8, 2008.

　　　1.　　Plaintiffs are awaiting defendants' signature on a Settlement Agreement establishing a payment plan for all amounts owed by defendant to date, thereby resolving the matter.

///

2. Upon receipt of the executed Agreement, plaintiffs will dismiss this action without prejudice, with the court to retain jurisdiction in the event of defendants' default.

3. Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for May 8, 2008, be continued for approximately 60 days to allow the Agreement to be signed and thereby bring this matter to resolution.

4. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 24th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
         Michele R. Stafford
         Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____          _____
                                        United States District Court Judge

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following document:

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
AND ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Steve L. Schaller**<br>**Agent for Service of Process**<br>**Kickin Enterprises, Inc.**<br>**8865 Airport Blvd., Suite D**<br>**Redding, California 96002** | **Steve L. Schaller**<br>**8865 Airport Blvd., Suite D**<br>**Redding, California 96002** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

3
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO.: C07-6460 WHA**