1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

10                 UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-6460 WHA
14 | | **PROOF OF SERVICE**
15 | Plaintiffs, |
16 | v. |
17 | KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER, |
18 | |
19 | Defendants. |

20  I, the undersigned, declare:

21      I am a citizen of the United States and am employed in the County of San Francisco, State

22  of California. I am over the age of eighteen and not a party to this action. My business address is

23  120 Howard Street, Suite 520, San Francisco, California 94105.

24      On April 25, 2008, I served the following document:

25
                    **ORDER ON REQUEST FOR CONTINUANCE OF
26                   4/3/08 CASE MANAGEMENT CONFERENCE
                            AND ORDER THEREON**
27

28

                                                                                    1
                                                                  **PROOF OF SERVICE
                                                                  CASE NO.: C07-6460 WHA**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA Proof of Service 042508.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Steve L. Schaller**
> **Agent for Service of Process**
> **Kickin Enterprises, Inc.**
> **8865 Airport Blvd., Suite D**
> **Redding, California 96002**
>
> **Steve L. Schaller**
> **8865 Airport Blvd., Suite D**
> **Redding, California 96002**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega