1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>Defendants. | Case No.: C07-6460 WHA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

>    Saltzman & Johnson Law Corporation
>    **44 Montgomery Street, Suite 2110**
>    **San Francisco, California 94104**
>    Tel: 415-882-7900
>    Fax: 415-882-9287

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-6460 WHA**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA Notice of Change of Address 042308.doc

1    Please note that the telephone and facsimile numbers have not changed.

2    Dated: April 24, 2008                          SALTZMAN & JOHNSON LAW COPORATION

3

4                                                    _____/s/_____
                                                     Muriel B. Kaplan
5                                                    Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                            -2-
                                                     **NOTICE OF CHANGE OF ADDRESS**
                                                     **Case No.: C07-6460 WHA**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Steve L. Schaller** | **Steve L. Schaller** |
| **Agent for Service of Process** | **8865 Airport Blvd., Suite D** |
| **Kickin Enterprises, Inc.** | **Redding, California 96002** |
| **8865 Airport Blvd., Suite D** | |
| **Redding, California 96002** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25$^h$ day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-6460 WHA**