IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

    v.

KICKING ENTERPRISES, INC., AND
STEVE LAWRENCE SCHALLER,

    Defendants.

No. C 07-06460 WHA

**ORDER DENYING REQUEST TO CONTINUE FOR SIXTY DAYS**

    Good cause not shown, the Court **DENIES** the parties' second request for a sixty-day continuance of the case management conference and related deadlines.

    **IT IS SO ORDERED.**

Dated: April 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2007Civ\07-06460 Burns\OrderDenyingContinuance.wpd