Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER, <br><br> Defendants. | Case No.: C07-6460 WHA <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 28, 2008, I served the following document:

**ORDER DENYING REQUEST TO CONTINUE FOR SIXTY DAYS**

///

///

1
**PROOF OF SERVICE**
**CASE NO.: C07-6460 WHA**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Steve L. Schaller**  
> **Agent for Service of Process**  
> **Kickin Enterprises, Inc.**  
> **8865 Airport Blvd., Suite D**  
> **Redding, California 96002**
>
> **Steve L. Schaller**  
> **8865 Airport Blvd., Suite D**  
> **Redding, California 96002**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of April, 2008, at San Francisco, California.

_____/s/_____  
Vanessa de Fábrega