IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

  v.

KICKING ENTERPRISES, INC., AND STEVE LAWRENCE SCHALLER,

    Defendants.

No. C 07-06460 WHA

**ORDER DENYING REQUEST FOR CONDITIONAL 90-DAY DISMISSAL**

Good cause not shown, the request for a conditional 90-day dismissal and to vacate the case management conference set for May 8, 2008, is **DENIED**. The parties should appear at the case management conference currently scheduled for May 8, 2008.

**IT IS SO ORDERED.**

Dated: May 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE