Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>Defendants. | Case No.: C07-6460 WHA<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 7, 2008, I served the following document:

**ORDER DENYING
REQUEST FOR 90-DAY DISMISSAL**

**PROOF OF SERVICE
CASE NO. C07-6460 WHA**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WHA Proof of Service 050708.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows, and by Facsimile transmission to the numbers shown below:

| | |
|---|---|
| Steve L. Schaller<br>Agent for Service of Process<br>Kickin Enterprises, Inc.<br>8865 Airport Blvd., Suite D<br>Redding, California 96002<br><br>Fax: 530-221-0990 | Steve L. Schaller<br>8865 Airport Blvd., Suite D<br>Redding, California 96002<br><br>Fax: 530-221-0990 |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of May, 2008, at San Francisco, California.

                                              _____/s/_____
                                                         Vanessa de Fábrega