**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND, OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, BUSINESS DEVELOPMENT TRUST FUND, AND HEAVY AND HIGHWAY COMMITTEE,<br><br>      Plaintiffs,<br><br>  v.<br><br>KICKING ENTERPRISES, INC., a California Corporation, and STEVE LAWRENCE SCHALLER, individually,<br><br>      Defendants.<br>_____/ | No. C 07-06460 WHA<br><br><br><br>**CASE MANAGEMENT ORDER** |

After a case management conference, the Court enters the following order pursuant to

Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1   By **JUNE 19, 2008**, plaintiffs shall file a dismissal or move for a default judgment.
2   A further case management conference is set for **JULY 24, 2008, AT 8:00 AM.**

4   **IT IS SO ORDERED.**

6   Dated:  May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2