**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 07-06460 WHA

Title: GIL CROSTHWAITE v. KICKIN ENTERPRISES

Plaintiff Attorneys: Michelle Stafford

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Further CMC - HELD

2)   

Continued to __ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties have reached a tentative settlement agreement. Plaintiff shall either file a dismissal order or a motion for default judgment by 6/19/08.