1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER,<br><br>Defendants. | Case No.: C07-6460 WHA<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 9, 2008, I served the following document:

**CASE MANAGEMENT ORDER**

///
///

**PROOF OF SERVICE**
**CASE NO. C07-6460 WHA**

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

    **Steve L. Schaller**　　　　　　　　**Steve L. Schaller**
    **Agent for Service of Process**　　**8865 Airport Blvd., Suite D**
    **Kickin Enterprises, Inc.**　　　　　**Redding, California 96002**
    **8865 Airport Blvd., Suite D**
    **Redding, California 96002**

9      I declare under penalty of perjury that the foregoing is true and correct and that this
10  declaration was executed on this 9th day of May, 2008, at San Francisco, California.

                                                  _____/s/_____
                                                        Vanessa de Fábrega