Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, at al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER, Individually,<br><br>Defendants. | Case No.: C07-6460 WDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER, individually. Defendants have neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendants.

Defendants entered into a Stipulation for Entry of Judgment ("Stipulation") establishing a payment plan to satisfy the amounts owed by defendants to plaintiffs in this current action. A true and accurate copy of the Stipulation is attached hereto as *Exhibit A*. Pursuant to paragraph 7.a. of the Stipulation, plaintiffs may file the Stipulation should defendants fail to make any payment required under the Stipulation.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of May, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
      Muriel B. Kaplan
      Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:_____                _____
                                        UNITED STATES DISTRICT COURT JUDGE

**1**    PROOF OF SERVICE

**2** I, the undersigned, declare:

**3**    I am a citizen of the United States and am employed in the County of San Francisco, State

**4** of California. I am over the age of eighteen and not a party to this action. My business address is

**5** 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

**6**

**7**    On May 30, 2008, I served the following document:

**8**    **NOTICE OF VOLUNTARY DISMISSAL**

**9** on the interested parties in said action by placing a true and exact copy of each document in a

**10** sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

**11** Francisco, California, addressed as follows:

**12**

**13**    **Steve L. Schaller**            **Steve L. Schaller**
   **Agent for Service of Process**    **8865 Airport Blvd., Suite D**

**14**    **Kickin Enterprises, Inc.**        **Redding, California 96002**
   **8865 Airport Blvd., Suite D**

**15**    **Redding, California 96002**

**16**

**17**    I declare under penalty of perjury that the foregoing is true and correct and that this

**18** declaration was executed on this 30th day of May, 2008, at San Francisco, California.

**19**

**20**                    _____/s/_____
                        Vanessa de Fábrega

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

1
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C07-6460 WDB**