Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, at al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES, INC., and STEVE LAWRENCE SCHALLER, Individually,<br><br>          Defendants. | Case No.: C07-6460 WDB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 25, 2008, I served the following document:

**ORDER on
NOTICE OF VOLUNTARY DISMISSAL**

///
///
///

1
**PROOF OF SERVICE
CASE NO.: C07-6460 WDB**

P:\CLIENTS\OE3CL\Kickin Enterprises\Pleadings\C07-6460 WDB Proof of Service 062508.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4
5      **Steve L. Schaller**          **Steve L. Schaller**
    **Agent for Service of Process**    **8865 Airport Blvd., Suite D**
6      **Kickin Enterprises, Inc.**        **Redding, California 96002**
    **8865 Airport Blvd., Suite D**
7      **Redding, California 96002**

8
9      I declare under penalty of perjury that the foregoing is true and correct and that this

10 declaration was executed on this 25th day of June, 2008, at San Francisco, California.

11
12                                       _____/s/_____
                                            Vanessa de Fábrega

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28