IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKING ENTERPRISES, INC., a California Corporation, and STEVE LAWRENCE SCHALLER, individually,<br><br>Defendants. | No. C 07-06460 WHA<br><br>**ORDER FOR RESPONSE** |

On May 30, 2008, plaintiffs filed with the Court a notice of voluntary dismissal without prejudice in which plaintiffs notified the court that the parties had entered a stipulation for entry of judgment. The stipulation established a payment plan to satisfy the amounts defendants owed plaintiffs in this action. The Court signed the voluntary dismissal on July 2, 2008.

The parties' stipulation provided that, in the even of a default under that agreement which is not cured according to the terms of the agreement, "plaintiffs shall file this Stipulation for Entry of Judgment with the Court, in the amount of the principal unpaid balance remaining due . . . . A Declaration of plaintiffs, or their counsel, regarding the balance due will be sufficient to confirm the amount of the Judgment to be entered" (Dkt. No. 25, Exh. A at ¶ 4).

On September 26, 2008, plaintiffs filed with the Court a request for entry of judgment contending that defendants had failed to make a payment required under the parties' stipulation

and had failed to cure pursuant to the terms of stipulation. Plaintiffs requested that the Court file plaintiffs' proposed order entering judgment against defendants for the balance due under the agreement plus interest and attorney's fees (Dkt. No. 28 ¶ 10).

The Court hereby orders defendants to respond to plaintiffs' request for entry of judgment within twenty calendar days of the entry of this order, *i.e.*, by **October 20, 2008**, to inform the Court whether defendants oppose plaintiffs' requested entry of judgment and on what grounds. If defendants fail to respond by the date specified herein, the Court will deem plaintiffs' request unopposed and will enter plaintiffs' proposed order of judgment.

**IT IS SO ORDERED.**

Dated: September 30, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE